# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

## PA 2-195-664

**Effective Date of Registration:**
June 15, 2019
**Registration Decision Date:**
August 22, 2019

---

## Title

- **Title of Work:** hammer

## Completion/Publication

- **Year of Completion:** 2016
- **Date of 1st Publication:** January 05, 2016
- **Nation of 1st Publication:** United States

## Author

- **Author:** Cool 3D World / Cool 3D LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant

- **Copyright Claimant:** Cool 3D World / Cool 3D LLC
  764 Hart Street, Apt. 1, Brooklyn, NY, 11237, United States

## Certification

- **Name:** Brian H Tessler
- **Date:** June 15, 2019

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-195-661

**Effective Date of Registration:**
June 15, 2019
**Registration Decision Date:**
August 22, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | The Egg 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | December 16, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Cool 3D World / Cool 3D LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Cool 3D World / Cool 3D LLC |
| | 764 Hart Street, Apt. 1, Brooklyn, NY, 11237, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Cool 3D World / Cool 3D LLC |
| **Address:** | 764 Hart Street |
| | Apt. 1 |
| | Brooklyn, NY 11237 United States |

## Certification

| | |
|---|---|
| **Name:** | Brian H Tessler |
| **Date:** | June 15, 2019 |

Page 1 of 2

Case 2:19-cv-07672-DMG-KS   Document 1-3   Filed 09/04/19   Page 4 of 7   Page ID #:39

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-195-700**

**Effective Date of Registration:**
June 15, 2019
**Registration Decision Date:**
August 22, 2019

---

## Title
            **Title of Work:** bodybelly 3

## Completion/Publication
       **Year of Completion:** 2016
    **Date of 1st Publication:** January 13, 2016
  **Nation of 1st Publication:** United States

## Author
                    **Author:** Cool 3D World / Cool 3D LLC
            **Author Created:** entire motion picture
         **Work made for hire:** Yes
              **Domiciled in:** United States

## Copyright Claimant
         **Copyright Claimant:** Cool 3D World / Cool 3D LLC
                                764 Hart Street, Apt. 1, Brooklyn, NY, 11237, United States

## Certification
                      **Name:** Brian H Tessler
                      **Date:** June 15, 2019

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-195-704

**Effective Date of Registration:**
June 15, 2019
**Registration Decision Date:**
August 22, 2019

---

## Title

**Title of Work:** Harmony 2

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 18, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Cool 3D World / Cool 3D LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Cool 3D World / Cool 3D LLC
764 Hart Street, Apt. 1, Brooklyn, NY, 11237, United States

## Certification

**Name:** Brian H Tessler
**Date:** June 15, 2019

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-195-707

**Effective Date of Registration:**
June 15, 2019
**Registration Decision Date:**
August 22, 2019

---

### Title

**Title of Work:** doctor's appointment

### Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** December 14, 2015
**Nation of 1st Publication:** United States

### Author

- **Author:** Cool 3D World / Cool 3D LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Cool 3D World / Cool 3D LLC
764 Hart Street, Apt. 1, Brooklyn, NY, 11237

### Rights and Permissions

**Organization Name:** Cool 3D World / Cool 3D LLC
**Name:** Brian H Tessler
**Email:** cool3dworld@gmail.com
**Telephone:** (914)522-6665
**Address:** 764 Hart Street
Apt. 1
Brooklyn, NY 11237 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-195-669

**Effective Date of Registration:**
June 15, 2019
**Registration Decision Date:**
August 22, 2019

---

## Title

**Title of Work:** men in chairs

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 17, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Cool 3D World / Cool 3D LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Cool 3D World / Cool 3D LLC
764 Hart Street, Apt. 1, Brooklyn, NY, 11237, United States

## Certification

**Name:** Brian H Tessler
**Date:** June 15, 2019